which plaintiff alleges to have been made on account. Reading the pleadings together leads us to the conclusion that the reply should not be construed as admitting the contract to be that which defendant alleges. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

GIUSEPPE BONORA, Respondent, v. OVERSEAS SHIPPING CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BROOKLYN FINNISH SOCIALIST CLUB, Respondent, v. "JAMES" E. LILLBACK, the Name "James" Being Fictitious, etc., Appellant, and Another, Defendant.— Order denying defendant's motion to open his default in answering and to vacate judgment entered upon such default, reversed upon the law and the facts, without costs, and said motion granted, upon condition that defendant, appellant, within ten days after entry and service of order on this decision pay to plaintiff's attorney taxable costs to date, and also file with the clerk an undertaking with corporate surety in the sum of $2,500, conditioned for the payment of any judgment which may be obtained against him by plaintiff in this action, and also within the time aforesaid serve the answer attached to the moving papers duly verified; in default of compliance with these conditions the order appealed from is affirmed, with ten dollars costs and disbursements. We hesitate to interfere with the discretion of the learned justice at Special Term, but in the interests of justice, in view of plaintiff's delay of nearly eight years in entering judgment for damages in this libel action upon the default which occurred in February, 1917, and the apparent mistake of appellant in relying upon the action of his codefendants, we think the defendant should be allowed to come in and defend the action, upon the terms indicated. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JOHN BROSTRUM, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

CHARLES T. BROWN, Respondent, v. CAPITAL CITY SURETY COMPANY, Appellant. (Appeal No. 1.) — Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

CHARLES T. BROWN, Respondent, v. CAPITAL CITY SURETY COMPANY, Appellant. (Appeal No. 2.) — Order consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

SIESEL E. CANADAY, Appellant, v. ISAAC ETTLINGER, Respondent.— Order requiring plaintiff to furnish a bill of particulars modified by striking from the direction for a bill of particulars paragraphs 2 and 5; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ESTHER COHN, Appellant, v. DAVID SMARR, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

MICHAEL COOKE, Respondent, v. GEORGE COOK, Appellant.—Judgment affirmed, with costs. No opinion. Manning, Young and Lazansky, JJ., concur; Kelly, P. J., and Kapper, J., dissent.